Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERA POLANGCUS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>        Defendants. | Case No. 2:17-cv-01477-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[First Request]** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff and Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the motion to amend deadline by fifty (50) days. At this time, the parties are not seeking an extension of any other discovery deadlines but reserve the right to request in the future. In support of this Stipulation and Request, the parties state as follows:

**I.**  **DISCOVERY COMPLETED TO DATE**

1. Plaintiff filed the instant complaint on May 24, 2017.

2. On June 15, 2017, Experian filed its answer.

3. On June 29, 2017, Plaintiff and Experian held the Rule 26 conference.

4. On June 29, 2017, Plaintiff served Experian with requests for admission, requests for production of documents, and interrogatories, which Experian responded to on July 31, 2017.

5. On June 29, 2017, Plaintiff served Experian with a notice of deposition, setting the deposition of Experian's 30(b)(6) designee for August 9, 2017. Experian's witness is not available on August 9, 2017, but is available on September 12, 2017. Plaintiff's counsel has agreed to this date provided the parties stipulate to the extension of the motion to amend deadline until 50 days after the renoticed deposition date and Plaintiff's deposition occurs after Experian's deposition.

6. On July 7, 2017, the Discovery Plan and Scheduling Order was entered.

7. On July 7, 2017, the Stipulated Protective Order was entered.

8. On July 13, 2017, Experian served its initial disclosures.

9. On July 14, 2017, Plaintiff served her initial disclosures.

**B.　Specific Description of Discovery that Remains to be Completed**

1. The deposition of Experian's 30(b)(6) witness, which Plaintiff has agreed to renotice for September 12, 2017;

2. The deposition of Plaintiff, which Experian has agreed to renotice for a date after Experian's rescheduled deposition;

3. Depositions of remaining parties and witnesses; and,

4. Any necessary additional written discovery.

**C.　Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1, that good cause exists for the requested extension. At this juncture, the discovery close is December 12, 2017. This stipulation to extend the discovery deadlines is made well in advance of the applicable discovery deadlines and is made to accommodate the availability of Experian's 30(b)(6) designee on September 12, 2017, and Plaintiff's request, and the parties' agreement, to extend the motion to amend pleadings deadline such that the motion to amend pleadings deadline will now be approximately fifty (50) days after Experian's rescheduled deposition, or November 1, 2017. At this time, the parties do not request an extension of any other discovery deadlines, but only an extension of the motion to amend deadline. The parties reserve the right to seek an extension of other deadlines in the future.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

**D. Proposed Discovery Deadlines**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | December 12, 2017 | Same |
| Deadline to Amend Pleadings | September 13, 2017 | November 1, 2017 |
| Deadline to Disclose Initial Experts | October 13, 2017 | Same |
| Deadline to Disclose Rebuttal Experts | November 13, 2017 | Same |
| Dispositive Motions | January 11, 2018 | Same |
| Pre-Trial Order | February 12, 2018 | Same |

Dated: August 4, 2017

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

KNEPPER & CLARK, LLC

By: */s/ Miles N. Clark*
    Matthew I. Knepper (NBN 12796)
    Miles N. Clark (NBN 13848)
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 7, 2017

_____
UNITED STATES MAGISTRATE JUDGE